FILED
JUL 19 2016
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 16-30091-MJR |
| ) | |
| EDWARD POWELL and ) | Title 18, United States Code, |
| RICKY J. MCGEE ) | Sections 2, 1001(a)(2), 1791(a)(1), |
| ) | 1791(a)(2) and 1791(b)(3). |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**POSSESSION OF CONTRABAND BY A FEDERAL INMATE**

On or about May 8, 2016, in Bond County, Illinois, in the Southern District of Illinois,

**EDWARD POWELL,**

defendant herein, an inmate of the federal correctional facility at Greenville, Illinois, commonly known as FCI-Greenville,

aided and abetted by,

**RICKY J. MCGEE,**

did knowingly possess a prohibited object, to wit: a substance that field tested positive for marihuana; all in violation of Title 18, United States Code, Sections 2, 1791(a)(2) and (b)(3).

### COUNT 2

**PROVIDING CONTRABAND TO A FEDERAL INMATE**

On or about May 8, 2016, in Bond County, Illinois, in the Southern District of Illinois,

**RICKY J. MCGEE,**

defendant herein, contrary to Title 18, United States Code, Section 841(a)(1), did knowingly provide and attempt to provide a prohibited object, to wit: a substance that field tested positive for marihuana, to E.P., an inmate of the Federal correctional facility at Greenville, Illinois; all in violation of Title 18, United States Code, Sections 1791(a)(1) and (b)(3).

## COUNT 3

### MAKING A FALSE REPRESENTATION TO THE BUREAU OF PRISONS

On or about May 8, 2016, in Bond County, Illinois, in the Southern District of Illinois,

**RICKY J. MCGEE,**

defendant herein, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by signing a Notification to Visitor form provided to him by the Bureau of Prisons in which he claimed that he did not possess any marihuana prior to his visit with a federal inmate, at the Federal Correctional Institution located in Greenville, Illinois, commonly known as FCI-Greenville, well knowing that he did, in fact, have marihuana on his person when he entered the facility, some or all of which he passed to the inmate he was visiting, all in violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

_Angela Scott_
ANGELA SCOTT
Assistant United States Attorney

_Donald Boyce_
DONALD S. BOYCE
United States Attorney

Recommend Bond: Detention