IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO.  16-30091-MJR |
| vs. ) | |
| ) | |
| RICKY J. MCGEE, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The parties hereby stipulate that, if this case had proceeded to trial, the Government would have proven the following beyond a reasonable doubt:

1. On May 8, 2016, Defendant Ricky McGee visited Edward Powell who was an inmate at the Federal Correctional Institution at Greenville, Illinois, (hereinafter "FCI-Greenville"), in Bond County, within the Southern District of Illinois.

2. On the above date, an officer monitoring the visiting room observed the defendant and Powell switch a bag of Doritos between the two. Based on this behavior, the visit was ended and the Doritos bag that McGee had in his possession prior to passing it to Powell was inspected. Inside that bag were eight (8) small blue balloons that contained a green leafy substance that field tested positive for marihuana. In addition, Powell, who was immediately placed in a dry cell after his visit ended so that his bowel movements could be monitored, defecated out two (2) balloons that contained a green leafy substance which field tested positive for marihuana the next day.

1

3. A review of the videotape shows McGee reaching into his pants pocket before exchanging Doritos bags with Powell.

4. Prior to visiting Powell at FCI-Greenville on May 8, 2016, McGee knowingly and falsely represented on a Bureau of Prisons Notification to Visitor form that he was not in possession of marihuana. The false representation pertained to a matter within the Bureau of Prisons which is within the executive branch of the United States Government.

5. The total weight of the marihuana recovered was 4.45 grams. Marihuana is a prohibited object for a federal inmate to possess.

6. This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the defendant's guilty plea and is not necessarily an exhaustive account of the defendant's criminal activity.

**SO STIPULATED:**

_____
RICKY J. MCGEE
Defendant

_____
ANGELA SCOTT
Assistant United States Attorney

_____
ETHAN SKAGGS
Attorney for Defendant

Date: 11-2-16

Date: 11/15/16

2